IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PAUL R.S., §<br>§<br>Plaintiff, §<br>§<br>v. §<br>§<br>COMMISSIONER OF SOCIAL §<br>SECURITY, §<br>§<br>Defendant. § | | Civil Action No. **3:20-cv-838-L** |

## ORDER

On May 13, 2020, United States Magistrate Judge Rebecca Rutherford entered the Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report") (Doc. 5), recommending that the court deny Plaintiff Paul R.S.'s ("Plaintiff") application to proceed *in forma pauperis* ("IFP") (Doc. 4) and order him to pay the required $400 filing fee within 30 days of the court's acceptance of the Report. Plaintiff did not file any objections to the Report. On May 22, 2020, however, he paid the required filing fee.

Having reviewed the application, record, the Report, and applicable law, the court agrees with the Magistrate Judge's finding and conclusions, and **accepts** them as those the court. Accordingly, Plaintiff's application to proceed IFP (Doc. 4) is **denied**. As Plaintiff has paid the required filing fee, no further action is required.

**It is so ordered** this 8th day of June, 2020.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Order – Solo Page